# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jeridiah W. Neal                                            CHAPTER 13

Debtor(s)

BKY. NO. 20-10829 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                          Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
10 Nov 2022, 14:44:16, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: ee39eb7d45a4abe1152e963d3e35bff69c41af2b77793faea36b6e5e69c3e704