UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　JERIDIAH W. NEAL<br><br>　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　Movant<br>　　vs.<br>JERIDIAH W. NEAL<br><br>　　　　Respondents | Case No.20-10829JCM<br><br>Chapter 13<br><br>Related Document No. 52 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___2nd___ day of December, 20 25, it is hereby ORDERED, ADJUDGED, and DECREED that,

Accuride Erie Lp
Attn: Payroll
1015 E 12Th St
Erie,PA 16503

is hereby ordered to immediately terminate the attachment of the wages of JERIDIAH W. NEAL, social security number XXX-XX-7265.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JERIDIAH W. NEAL.

BY THE COURT:

cc: Debtor(s)
　　Debtor(s) Attorney

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court
SIGNED
12/2/25 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10829-JCM |
| Jeridiah W. Neal | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 02, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeridiah W. Neal, 615 E. 32nd Street, Erie, PA 16504-1220 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2025 at the address(es) listed below:

**Name**      **Email Address**

Denise Carlon
    on behalf of Creditor PennyMac Loan Services LLC dcarlon@kmllawgroup.com

Lauren M. Lamb
    on behalf of Debtor Jeridiah W. Neal julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Marisa Myers Cohen
    on behalf of Creditor PennyMac Loan Services LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Matthew Fissel
    on behalf of Creditor PennyMac Loan Services LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-1      User: auto      Page 2 of 2

Date Rcvd: Dec 02, 2025      Form ID: pdf900      Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6