| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **JERIDIAH W. NEAL** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number | 20-10829JCM |

## Official Form 410C13-N
# Trustee's Notice of Disbursements Made                     12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1:  Mortgage Information

**Name of claim holder:** PENNYMAC LOAN SERVICES LLC

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account:  0  1  5  9

**Property Address:** 615 E 32ND ST
Number    Street

ERIE                                          PA    16504
City                                          State  ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

### Part 4: Postpetition Payment

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:     $ 45,577.16

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on <u>February 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

### Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $ -0-

### Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour
Signature

Date: 01/22/2026

Trustee: Ronda J. Winnecour
First Name    Middle Name    Last Name

Address: CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number    Street

PITTSBURGH    PA    15219
City    State    ZIP Code

Contact phone: (412) 471-5566    Email: cmecf@chapter13trusteewdpa.com

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 7 | PENNYMAC LOAN SERVICES LLC | 05/25/2021 | 1198301 | Amounts Disbursed To Creditor | 3,231.17 |
| 7 | PENNYMAC LOAN SERVICES LLC | 06/25/2021 | 1201491 | Amounts Disbursed To Creditor | 936.78 |
| 7 | PENNYMAC LOAN SERVICES LLC | 07/26/2021 | 1204693 | Amounts Disbursed To Creditor | 1,503.41 |
| 7 | PENNYMAC LOAN SERVICES LLC | 08/26/2021 | 1207833 | Amounts Disbursed To Creditor | 708.92 |
| 7 | PENNYMAC LOAN SERVICES LLC | 09/24/2021 | 1210936 | Amounts Disbursed To Creditor | 708.92 |
| 7 | PENNYMAC LOAN SERVICES LLC | 10/25/2021 | 1214014 | Amounts Disbursed To Creditor | 708.92 |
| 7 | PENNYMAC LOAN SERVICES LLC | 11/22/2021 | 1217047 | Amounts Disbursed To Creditor | 708.92 |
| 7 | PENNYMAC LOAN SERVICES LLC | 12/23/2021 | 1220130 | Amounts Disbursed To Creditor | 708.92 |
| 7 | PENNYMAC LOAN SERVICES LLC | 01/26/2022 | 1223189 | Amounts Disbursed To Creditor | 726.64 |
| 7 | PENNYMAC LOAN SERVICES LLC | 02/23/2022 | 1226064 | Amounts Disbursed To Creditor | 717.78 |
| 7 | PENNYMAC LOAN SERVICES LLC | 03/25/2022 | 1229029 | Amounts Disbursed To Creditor | 717.78 |
| 7 | PENNYMAC LOAN SERVICES LLC | 04/26/2022 | 1232075 | Amounts Disbursed To Creditor | 717.78 |
| 7 | PENNYMAC LOAN SERVICES LLC | 05/25/2022 | 1235118 | Amounts Disbursed To Creditor | 717.78 |
| 7 | PENNYMAC LOAN SERVICES LLC | 06/27/2022 | 1238150 | Amounts Disbursed To Creditor | 717.78 |
| 7 | PENNYMAC LOAN SERVICES LLC | 07/26/2022 | 1241081 | Amounts Disbursed To Creditor | 717.78 |
| 7 | PENNYMAC LOAN SERVICES LLC | 08/24/2022 | 1243974 | Amounts Disbursed To Creditor | 717.78 |
| 7 | PENNYMAC LOAN SERVICES LLC | 10/25/2022 | 1249652 | Amounts Disbursed To Creditor | 1,435.56 |
| 7 | PENNYMAC LOAN SERVICES LLC | 11/23/2022 | 1252439 | Amounts Disbursed To Creditor | 717.78 |
| 7 | PENNYMAC LOAN SERVICES LLC | 12/22/2022 | 1255185 | Amounts Disbursed To Creditor | 717.78 |
| 7 | PENNYMAC LOAN SERVICES LLC | 02/23/2023 | 1260515 | Amounts Disbursed To Creditor | 1,450.23 |
| 7 | PENNYMAC LOAN SERVICES LLC | 03/28/2023 | 1263302 | Amounts Disbursed To Creditor | 722.67 |
| 7 | PENNYMAC LOAN SERVICES LLC | 05/25/2023 | 1268981 | Amounts Disbursed To Creditor | 1,445.34 |
| 7 | PENNYMAC LOAN SERVICES LLC | 06/26/2023 | 1271879 | Amounts Disbursed To Creditor | 722.67 |
| 7 | PENNYMAC LOAN SERVICES LLC | 07/25/2023 | 1274622 | Amounts Disbursed To Creditor | 722.67 |
| 7 | PENNYMAC LOAN SERVICES LLC | 09/26/2023 | 1280131 | Amounts Disbursed To Creditor | 1,445.34 |
| 7 | PENNYMAC LOAN SERVICES LLC | 11/27/2023 | 1285522 | Amounts Disbursed To Creditor | 1,445.34 |
| 7 | PENNYMAC LOAN SERVICES LLC | 12/21/2023 | 1288101 | Amounts Disbursed To Creditor | 722.67 |
| 7 | PENNYMAC LOAN SERVICES LLC | 01/26/2024 | 1290792 | Amounts Disbursed To Creditor | 722.67 |
| 7 | PENNYMAC LOAN SERVICES LLC | 02/26/2024 | 1293436 | Amounts Disbursed To Creditor | 722.67 |
| 7 | PENNYMAC LOAN SERVICES LLC | 03/26/2024 | 1296088 | Amounts Disbursed To Creditor | 722.67 |
| 7 | PENNYMAC LOAN SERVICES LLC | 04/25/2024 | 1298750 | Amounts Disbursed To Creditor | 722.67 |
| 7 | PENNYMAC LOAN SERVICES LLC | 05/29/2024 | 1301457 | Amounts Disbursed To Creditor | 825.63 |
| 7 | PENNYMAC LOAN SERVICES LLC | 06/25/2024 | 1303988 | Amounts Disbursed To Creditor | 739.83 |
| 7 | PENNYMAC LOAN SERVICES LLC | 07/25/2024 | 1306594 | Amounts Disbursed To Creditor | 739.83 |
| 7 | PENNYMAC LOAN SERVICES LLC | 08/26/2024 | 1309158 | Amounts Disbursed To Creditor | 739.83 |
| 7 | PENNYMAC LOAN SERVICES LLC | 09/25/2024 | 1311752 | Amounts Disbursed To Creditor | 739.83 |
| 7 | PENNYMAC LOAN SERVICES LLC | 10/25/2024 | 1314276 | Amounts Disbursed To Creditor | 739.83 |
| 7 | PENNYMAC LOAN SERVICES LLC | 11/25/2024 | 1316840 | Amounts Disbursed To Creditor | 739.83 |
| 7 | PENNYMAC LOAN SERVICES LLC | 12/23/2024 | 1319232 | Amounts Disbursed To Creditor | 739.83 |
| 7 | PENNYMAC LOAN SERVICES LLC | 01/28/2025 | 1321732 | Amounts Disbursed To Creditor | 820.53 |
| 7 | PENNYMAC LOAN SERVICES LLC | 02/25/2025 | 1324157 | Amounts Disbursed To Creditor | 780.18 |
| 7 | PENNYMAC LOAN SERVICES LLC | 03/26/2025 | 1326646 | Amounts Disbursed To Creditor | 780.18 |
| 7 | PENNYMAC LOAN SERVICES LLC | 04/25/2025 | 1329118 | Amounts Disbursed To Creditor | 780.18 |
| 7 | PENNYMAC LOAN SERVICES LLC | 05/23/2025 | 1331523 | Amounts Disbursed To Creditor | 780.18 |
| 7 | PENNYMAC LOAN SERVICES LLC | 06/25/2025 | 1333973 | Amounts Disbursed To Creditor | 780.18 |
| 7 | PENNYMAC LOAN SERVICES LLC | 07/25/2025 | 1336450 | Amounts Disbursed To Creditor | 780.18 |
| 7 | PENNYMAC LOAN SERVICES LLC | 08/26/2025 | 1338856 | Amounts Disbursed To Creditor | 780.18 |
| 7 | PENNYMAC LOAN SERVICES LLC | 09/25/2025 | 1341272 | Amounts Disbursed To Creditor | 780.18 |
| 7 | PENNYMAC LOAN SERVICES LLC | 10/24/2025 | 1343744 | Amounts Disbursed To Creditor | 780.18 |
| 7 | PENNYMAC LOAN SERVICES LLC | 11/21/2025 | 1346044 | Amounts Disbursed To Creditor | 780.18 |
| 7 | PENNYMAC LOAN SERVICES LLC | 12/23/2025 | 1348396 | Amounts Disbursed To Creditor | 1,544.60 |

Total for Claim Number 7: 45,577.16

**Total for Part 4 - a (Postpetition Payments): 45,577.16**

### Certificate of Serivce

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

JERIDIAH W. NEAL
615 E. 32ND STREET
ERIE, PA  16504

LAUREN M LAMB ESQ
STEIDL & STEINBERG PC
436 SEVENTH AVE STE 322
KOPPERS BUILDING
PITTSBURGH, PA  15219

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

PENNYMAC LOAN SERVICES LLC
PO BOX 660929
DALLAS, TX  75266-0929

PENNY MAC LOAN SERVICES LLC
PO BOX 2410
MOORPARK, CA  93020


Dated: 01/22/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee