Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeridiah W. Neal** | : | Case No. 20−10829−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 56 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 3/24/26 at 02:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 27th of January, 2026*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 56 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  **On or before March 13, 2026**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2)  This *Motion* is scheduled for hearing on **March 24, 2026 at 02:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

(4)  If either the Debtor's **Certificate of Discharge Eligibility** or **Certificate of Financial Management** are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10829-JCM |
| Jeridiah W. Neal | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 27, 2026 | Form ID: 300a | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeridiah W. Neal, 615 E. 32nd Street, Erie, PA 16504-1220 |
| 15325496 | | Charter Communication, c/o Credit Management LP, 6800 Tennyson Parkway, Plano, TX 75024 |
| 15327619 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15347864 | | PennyMac Loan Servicing, LLC, P.O. Box 2140, Moorpark, CA 93020 |
| 15325503 | + | UHG LLC, c/o Thomas Law Group, 21 S. 9th Street, Suite 200, Allentown, PA 18102-4861 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2026 00:27:38 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2026 00:27:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15347741 | | Email/Text: bnc@atlasacq.com | Jan 28 2026 00:22:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15325494 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 28 2026 00:27:52 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 15325495 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 28 2026 00:28:00 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15335264 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2026 00:27:51 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15325497 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2026 00:27:42 | Citibank/Best Buy, c/o Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 15325500 | + | Email/Text: kslater@eriefcu.org | Jan 28 2026 00:23:00 | Erie Federal Credit Union, Attn: Bankruptcy, 3503 Peach Street, Erie, PA 16508-2741 |
| 15325499 | + | Email/Text: kslater@eriefcu.org | Jan 28 2026 00:23:00 | Erie Federal Credit Union, 3503 Peach St, Erie, PA 16508-2741 |
| 15342992 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2026 00:27:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15325502 | + | Email/PDF: ebnotices@pnmac.com | Jan 28 2026 00:38:47 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15325501 | + | Email/PDF: ebnotices@pnmac.com | Jan 28 2026 00:38:33 | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15329037 | | Email/Text: bnc-quantum@quantum3group.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: 300a | Total Noticed: 19 |

| | | | Jan 28 2026 00:23:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|---|
| 15325903 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2026 00:27:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |
| 15325498 | ##+ | Credit Management, LP, Attn: Bankruptcy, 6080 Tennyson Pkwy, Ste 100, Plano, TX 75024-6002 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2026          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PennyMac Loan Services  LLC dcarlon@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Jeridiah W. Neal julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Marisa Myers Cohen | on behalf of Creditor PennyMac Loan Services  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Matthew Fissel | on behalf of Creditor PennyMac Loan Services  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6