**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JERIDIAH W. NEAL<br><br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:20-10829<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

January 27, 2026

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/30/2020 and confirmed on 4/1/21. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 99,120.00 |
| Less Refunds to Debtor | 2,045.24 | |
| TOTAL AMOUNT OF PLAN FUND | | 97,074.76 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,700.00 | |
|   Trustee Fee | 5,008.08 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,708.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 45,577.16 | 0.00 | 45,577.16 |
|     Acct: 0159 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 2,605.87 | 2,605.87 | 186.51 | 2,792.38 |
|     Acct: 1011 | | | | |
| | | | | 48,369.54 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JERIDIAH W. NEAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JERIDIAH W. NEAL | 1,680.00 | 1,680.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JERIDIAH W. NEAL | 365.24 | 365.24 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 2,075.00 | 2,075.00 | 0.00 | 2,075.00 |
|     Acct: 9832 | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 1,498.70 | 1,498.70 | 0.00 | 1,498.70 |
|     Acct: 0700 | | | | |
|   QUANTUM3 GROUP LLC - AGENT FOR CF | 898.50 | 898.50 | 0.00 | 898.50 |
|     Acct: 1155 | | | | |
|   CHARTER COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1079 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 6,489.60 | 6,489.60 | 0.00 | 6,489.60 |
|     Acct: 3614 | | | | |
|   ATLAS ACQUISITIONS LLC O/B/O UHG I LL | 29,035.34 | 29,035.34 | 0.00 | 29,035.34 |
|     Acct: 8190 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |

20-10829                                                                                              Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 1155 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 39,997.14 |

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 88,366.68 |

TOTAL CLAIMED
PRIORITY          0.00
SECURED       2,605.87
UNSECURED    39,997.14

Date: 01/27/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   JERIDIAH W. NEAL

         Debtor(s)

   Ronda J. Winnecour
         Movant
         vs.
   No Repondents.

Case No.:20-10829

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10829-JCM |
| Jeridiah W. Neal | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-1   User: auto   Page 1 of 2
Date Rcvd: Jan 27, 2026   Form ID: pdf900   Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeridiah W. Neal, 615 E. 32nd Street, Erie, PA 16504-1220 |
| 15325496 | | Charter Communication, c/o Credit Management LP, 6800 Tennyson Parkway, Plano, TX 75024 |
| 15327619 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15347864 | | PennyMac Loan Servicing, LLC, P.O. Box 2140, Moorpark, CA 93020 |
| 15325503 | + | UHG LLC, c/o Thomas Law Group, 21 S. 9th Street, Suite 200, Allentown, PA 18102-4861 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2026 00:27:40 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2026 00:38:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15347741 | | Email/Text: bnc@atlasacq.com | Jan 28 2026 00:22:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15325494 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 28 2026 00:27:45 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 15325495 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 28 2026 00:28:01 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15335264 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2026 00:27:59 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15325497 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2026 00:27:59 | Citibank/Best Buy, c/o Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 15325500 | + | Email/Text: kslater@eriefcu.org | Jan 28 2026 00:23:00 | Erie Federal Credit Union, Attn: Bankruptcy, 3503 Peach Street, Erie, PA 16508-2741 |
| 15325499 | + | Email/Text: kslater@eriefcu.org | Jan 28 2026 00:23:00 | Erie Federal Credit Union, 3503 Peach St, Erie, PA 16508-2741 |
| 15342992 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2026 00:27:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15325502 | + | Email/PDF: ebnotices@pnmac.com | Jan 28 2026 00:28:01 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15325501 | + | Email/PDF: ebnotices@pnmac.com | Jan 28 2026 00:38:33 | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15329037 | | Email/Text: bnc-quantum@quantum3group.com | | |

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Jan 27, 2026 | Form ID: pdf900 | Total Noticed: 19

|  |  |  |  |
|---|---|---|---|
|  |  | Jan 28 2026 00:23:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15325903 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2026 00:27:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PennyMac Loan Services, LLC |
| 15325498 | ##+ | Credit Management, LP, Attn: Bankruptcy, 6080 Tennyson Pkwy, Ste 100, Plano, TX 75024-6002 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PennyMac Loan Services  LLC dcarlon@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Jeridiah W. Neal julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Marisa Myers Cohen | on behalf of Creditor PennyMac Loan Services  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Matthew Fissel | on behalf of Creditor PennyMac Loan Services  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6