IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jeridiah W. Neal, | ) | Bankruptcy No. 20-10829-JCM |
| | ) | Chapter 13 |
| Debtor | ) | Document No. |
| | ) | |
| Jeridiah W. Neal, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.
2. The Debtor is not required to pay any Domestic Support Obligation.
3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.
4. On January 15, 2021, at docket number 14, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated:___2/4/2026_____                    By:__/s/ Jeridiah W. Neal_____
                                                Jeridiah W. Neal


_____2/13/2026_____                    ____/s/ Lauren M. Lamb_____
DATE                                      Lauren M. Lamb, Esquire
                                          Attorney for the Debtor
                                          Steidl & Steinberg, P.C.
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          llamb@steidl-steinberg.com
                                          PA I.D. No. 209201